**CHARLES WOODSON** (SBN 258791)
Law Office of Charles Woodson
725 Washington Street
Oakland, California 94607
Tel. 510.302.8780
Fax. 510.228.0444
cwoodson@cjswlaw.com

Counsel for Defendant
**WILLIAM JOSEPH LAUGHREN, JR.**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> v. <br><br> **WILLIAM JOSEPH LAUGHREN, JR.**, <br><br> Defendant. | No. 21-mj-70900-MAG-8 (DMR) <br><br> **STIPULATION AND ORDER MODIFYING DEFENDANT'S PRETRIAL RELEASE CONDITIONS** |

Defendant William Joseph Laughren, Jr. is currently living in a sober living environment ("SLE") as required by the conditions of his supervised release. Further he is subject to a cell phone monitoring condition. The SLE has been on lockdown due to COVID-19 outbreaks. Defendant requests that he be allowed to reside at his mother's house in Corcord, California and requests the removal the cellphone monitoring condition. Mr. Laughren has provided his pretrial services officer with the location and contact information for Mr. Laughern's mother. Pretrial services does not object to the modifications and reports that Mr. Laughren has been testing clean. The government defers to pretrial services and, therefore, the parties stipulate that Mr. Laughren's conditions of pretrial release be modified as follows: (1) Mr. Laughren be allowed to reside with his mother in Concord, California (Mr. Laughren will continue to participate in out-patient

treatment and drug testing), and (2) the cell phone monitoring condition be removed.

**IT IS SO STIPULATED**.

Dated: January 24, 2022                         s/ *Charles Woodson*
                                                                                 CHARLES WOODSON
                                                                                 Counsel for Defendant
                                                                                 OTONIEL MEZA, JR.

Dated: January 24, 2022                         s/ CW per email authorization
                                                                                 NOAH STERN
                                                                                 Assistant U.S. Attorney

**ORDER**

For good case shown, the Court modifies the conditions of defendant's pretrial release to allow him to move into his mother's home and further removes the cell phone monitoring condition. All other conditions shall remain in full force and effect.

Date: <u>January 25, 2022</u>



HON. DONNA M. RYU
UNITED STATES DISTRICT JUDGE